UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 01-133 ML

JUAN CASTILLO MEJIA :

MOTION FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. § 3582( c )(2)
AND U.S.S.G. §§ 1B1.10, 2D1.1

NOW comes the defendant, Ryan Bilby, and moves that this Honorable Court reduce his sentence pursuant to the provisions of 18 U.S.C. § 3582(c)(2) and U.S.S.G. §§ 1B1.10 and 2D1.1. In further support of this motion, the defendant hereby incorporates by reference the attached memorandum of law in support of motion for sentence reduction.

Juan Castillo Mejia,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Luis Matos, FAUSA and on Kristin Mattias, USPO on the 28th day of April, 2008.

/s/ Edward C. Roy, Esquire

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CR No. 01-133 ML |
| JUAN CASTILLO MEJIA | : | |

MEMORANDUM OF LAW IN SUPPORT OF
MOTION FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. § 3582( c )(2)
AND U.S.S.G. §§ 1B1.10, 2D1.1

The defendant, Juan Castillo-Mejia, and moves that this Honorable Court reduce his sentence pursuant to the provisions of 18 U.S.C. § 3582(c)(2) and U.S.S.G. §§ 1B1.10 and 2D1.1. In further support of this motion, the defendant states that:

1. On July 25, 2002, he was sentenced to a term of 121 months imprisonment, having been found guilty of conspiracy and distribution of cocaine base, based upon an offense level of 32 and a criminal history category of I.

2. Based upon the amendments to U.S.S.G. § 2D1.1, effective as of the date of March 3, 2008, the defendant's base offense level would be reduced to a level 30, yielding a range of 97 to 121 months.

Wherefore, the defendant prays that this Honorable Court reduce his sentence to 97 months imprisonment.

Juan Castillo Mejia,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Luis Matos, FAUSA and on Kristin Mattias, USPO on the 28th day of April, 2008.

/s/ Edward C. Roy, Esquire

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CR No. 01-133 ML |
| JUAN CASTILLO MEJIA | : | |

MOTION FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. § 3582( c )(2)
AND U.S.S.G. §§ 1B1.10, 2D1.1

NOW comes the defendant, Juan Castillo Mejia, and moves that this Honorable Court reduce his sentence pursuant to the provisions of 18 U.S.C. § 3582(c)(2) and U.S.S.G. §§ 1B1.10 and 2D1.1. In further support of this motion, the defendant hereby incorporates by reference the attached memorandum of law in support of motion for sentence reduction.

Juan Castillo Mejia,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Luis Matos, FAUSA and on Kristin Mattias, USPO on the 28th day of April, 2008.

/s/ Edward C. Roy, Esquire

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 01-133 ML

JUAN CASTILLO MEJIA :

MEMORANDUM OF LAW IN SUPPORT OF
MOTION FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. § 3582( c )(2)
AND U.S.S.G. §§ 1B1.10, 2D1.1

The defendant, Juan Castillo-Mejia, and moves that this Honorable Court reduce his sentence pursuant to the provisions of 18 U.S.C. § 3582(c)(2) and U.S.S.G. §§ 1B1.10 and 2D1.1. In further support of this motion, the defendant states that:

1. On July 25, 2002, he was sentenced to a term of 121 months imprisonment, having been found guilty of conspiracy and distribution of cocaine base, based upon an offense level of 32 and a criminal history category of I.

2. Based upon the amendments to U.S.S.G. § 2D1.1, effective as of the date of March 3, 2008, the defendant's base offense level would be reduced to a level 30, yielding a range of 97 to 121 months.

Wherefore, the defendant prays that this Honorable Court reduce his sentence to 97 months imprisonment.

Juan Castillo Mejia,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Luis Matos, FAUSA and on Kristin Mattias, USPO on the 28th day of April, 2008.

/s/ Edward C. Roy, Esquire